UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLD HILL PARTNERS INC., as Agent and Security Trustee, | |
| Plaintiff, | No. 20 Civ. 10749 (KPF) |
| - against - | **DEFAULT JUDGMENT** |
| BRAVERY MARITIME CORPORATION, | |
| Defendant. | |

This action having been commenced on December 21, 2020 by the filing of the Summons and Verified Complaint, and a copy of the Summons and Complaint having been served on the Defendant Bravery Maritime Corporation, on January 14, 2021, through their registered agent for process, Corporation Service Company, by personally delivering true copies thereof to Daniel McKamey, Customer Service Agent at Corporation Service Company, who stated that he was authorized to accept said service, and a proof of that service having been filed on January 20, 2021; and the defendant not having answered the Complaint, and the time for answering the Complaint having expired; and the Clerk of the Court having issued its Certificate of Default on March 16, 2021; it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against the Defendant in the total amount of $ 20,495,718.78 , including damages in the amount of $16,575,000.00 upon the principal amount of the loan, interest at the rate of 12.0% per annum, amounting to $1,014,200.00, default interest at the rate of 18.0% per annum on overdue amounts, amounting to $1,717,703.00 through and including June 22, 2021, plus $8,950.00 per day from that date through and including the date of judgment, totaling $ 19,306,903.00 , an exit fee in the amount of $248,625.00, further costs of enforcement as set forth in Plaintiff's

supplemental filing in the amount of $ __940,190.78__, and post-judgment interest at the applicable statutory rate.

New York, New York

_____June 22_____, 2021

_____
Honorable Katherine Polk Failla

This document was entered on the docket on _____June 22, 2021_____.